UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| ISHAN KAJAL, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-372-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE LEWIS, | ) | **ORDER REMANDING HEARING** |
| Jailer, Hopkins County Jail, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Remand Hearing, [R. 7], in which the parties state that they "are not aware of any relevant factual disputes and accordingly, respectfully request to forgo the hearing scheduled for June 5, 2026." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand Hearing, [**R. 7**], is **GRANTED**.

2. The hearing that was scheduled for Friday, June 5, 2026, is **REMANDED** from the Court's docket.

This the 3rd day of June, 2026.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record