UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| ISHAN KAJAL, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-372-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| MIKE LEWIS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Ishan Kajal's Petition for Writ of Habeas Corpus. [R. 1]. On May 11, 2026, the Sixth Circuit issued a decision in *Lopez-Campos v. Raycraft*, -- F. 4th --, 2026 WL 1283891 (6th Cir. May 11, 2026). In that decision, the Sixth Circuit held that 8 U.S.C. § 1225(b)(2)(A) does not apply to noncitizens who entered the country without inspection and resided in the interior of the United States prior to their initial detention by the United States Immigration and Customs Enforcement. *See, e.g.*, *Lopez-Campos*, 2026 WL 1283891, at *3–11. In the Court's Order to Show Cause, [R. 4], the Court directed the parties in this matter to address the extent to which *Lopez-Campos* resolves this case. *Id.* at 2. In their Response, Respondents concede that "*Lopez-Campos* is binding on this Court." [R. 8, p. 5].

Accordingly, the Court being sufficiently advised, it is **HEREBY ORDERED** as follows:

1. Because the present matter must be resolved in Petitioner's favor under *Lopez-Campos*, Respondents **SHALL** immediately release Petitioner or, in the alternative, provide Petitioner with a bond hearing before a neutral Immigration Judge under 8 U.S.C. § 1226(a) within **five (5) days** of the date of this Order.

- 2 -

2. Within **seven (7) days** of the date of this Order, Respondents **SHALL** file a Status Report with this Court to certify compliance with this Order. The Status Report **SHALL** state (1) whether *Lopez-Campos* resolves the issues in this case in Petitioner's favor (and if not, what other legal issues remain)[1]; (2) if so, whether Petitioner was released or provided a bond hearing; and (3) if Petitioner was provided a bond hearing, the date it occurred, whether bond was granted or denied, and if denied, the reasons for such denial.

This the 9th day of June, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

---

[1] Any legal issues not previously raised in the briefing will be considered waived.