UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| ISHAN KAJAL, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-372-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING CASE** |
| MIKE LEWIS, *et al*., | ) | |
| | ) | |
| Respondents. | ) | |

*** *** *** ***

This matter is before the Court on the Respondents' Status Report. [R. 12]. The Court previously ordered Respondents to immediately release Petitioner or, in the alternative, provide Petitioner with a bond hearing before a neutral Immigration Judge under 8 U.S.C. § 1226(a). [R. 11, p. 1]. The Respondents now advise that Petitioner has been provided a bond hearing, and bond was denied, and they do not identify any other unresolved legal issues. [R. 12, p. 1]. The Court therefore concludes that Petitioner has been provided the process due under the Immigration Nationality Act and the Fifth Amendment's Due Process Clause. To the extent Petitioner disagrees with the Immigration Judge's discretionary bond decision, [R. 12-1], the Court lacks jurisdiction to consider that issue under 8 U.S.C. § 1226(e). *See Nielsen v. Preap*, 586 U.S. 392, 401 (2019).

Accordingly, the Court being sufficiently advised, it is **HEREBY ORDERED** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus, [**R. 1**], is **DENIED as moot**.

2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

3. A separate judgment shall be entered.

- 2 -

This the 17th day of June, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY